```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

DOMINGO L. DELVALLE,

    Plaintiff,

v.                          CASE NO:   8:10-cv-2346-T-33TBM

AGPM, LLC,

    Defendant.
_____/

**ORDER**

This cause comes before the Court pursuant to Plaintiff's Notice of Acceptance of Offer of Judgment (Doc. # 14). Pursuant to the Notice and Fed. R. Civ. P. 68, it is

**ORDERED, ADJUDGED,** and **DECREED:**

The Clerk is directed to enter judgment in favor of Plaintiff Domingo L. Delvalle and against Defendant AGPM, LLC, in the amount of $1,500.00 plus reasonable costs.[1] Plaintiff shall move for costs no later than 14 days following entry of judgment. See Local Rule 4.18(a); Fed. R. Civ. P. 54(d).

The Clerk is directed to terminate any pending motions

---

[1] When a Rule 68 offer is silent as to costs, the district court should award appropriate costs in addition to the amount of the offer. Arencibia v. Miami Shoes, Inc., 113 F.3d 1212, 1214 (11th Cir. 1997)(citations omitted). The Court notes that these costs only include attorney's fees if the underlying statute defines costs to include attorney's fees, and the Fair Labor Standards Act does not define costs to include attorney's fees. Id.; see also 28 U.S.C. § 216(b).

and close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>8th</u> day of July, 2011.

                                    VIRGINIA M. HERNANDEZ COVINGTON
                                    UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record